

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00809-CV

In the Interest of **J.M.H.**

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2004CVO001194-D4
Honorable Belinda Mendez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and the appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

SIGNED February 26, 2020.

_____
Irene Rios, Justice